UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| ANTOINETTE TAKIA BELL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:19-cv-01171-TWP-MJD |
| | ) | |
| ARDAGH GROUP S.A., | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER ADOPTING REPORT AND RECOMMENDATION

The Magistrate Judge submitted his Report and Recommendation on Plaintiff's motion to strike Defendant's affirmative defenses (Dkt. 33). The parties were afforded due opportunity pursuant to statute and the rules of this Court to file objections; none were filed. The Court, having considered the Magistrate Judge's Report and Recommendation, hereby adopts the Magistrate Judge's Report and Recommendation. The Plaintiff's motions to strike Defendant's affirmative defenses (Dkt. 19 and Dkt. 27) are **DENIED**.

IT IS SO ORDERED.

Date: 10/3/2019

TANYA WALTON PRATT, JUDGE
United States District Court
Southern District of Indiana

Distribution:

ANTOINETTE TAKIA BELL
12240 Misty Way
Indianapolis, IN 46236

Brian L. McDermott
JACKSON LEWIS PC (Indianapolis)
brian.mcdermott@jacksonlewis.com

Caitlin S. Schroeder
JACKSON LEWIS PC (Indianapolis)
caitlin.schroeder@jacksonlewis.com